UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| SARAGOZA GOMEZ, *et al*, § § | |
| Plaintiffs, § § | |
| VS. § | CIVIL ACTION NO. 7:17-CV-118 |
| § § | |
| WELLS FARGO BANK, N.A., *et al*, § § | |
| Defendants. § § | |

# FINAL JUDGMENT

For the reasons stated in this Court's Opinion of May 1, 2017,[1] Plaintiffs' claims against Defendants having been **DISMISSED WITH PREJUDICE**, the Court hereby enters this final judgment.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 2nd day of May, 2017.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 5.